IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMEL GREENE**                                                                 **PLAINTIFF**
**Reg #17632-035**

v.                                         **CASE NO. 2:23-CV-00043-BSM**

**JOHN YATES**                                                                   **DEFENDANT**

## ORDER

    Having carefully reviewed the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 10] is adopted and Jamel Greene's petition for habeas relief [Doc. No. 1] is dismissed without prejudice because he challenges the conditions of his confinement rather than the validity or length of his confinement.

    IT IS SO ORDERED this 22nd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE